UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| | : | |
| v. | : | |
| | : | |
| RIVES MILLER GROGAN, | : | VIOLATION: |
| | : | 40 U.S.C. § 6134 |
| Defendant. | : | (Speeches and Objectionable Language in |
| | : | the Supreme Court Building) |
| | : | (Misdemeanor) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about February 27, 2019, in the District of Columbia, **RIVES MILLER GROGAN**, did unlawfully make a harangue or oration, or utter loud, threatening, or abusive language in the Supreme Court Building.

**(Speeches and Objectionable Language in the Supreme Court Building (Misdemeanor)**, in violation of Title 40, United States Code, Section 6134)

Respectfully Submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
LISA N. WALTERS
D.C. Bar No. 974492
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Telephone No.: (202) 252-7499
Lisa.Walters@usdoj.gov